FILED

2017 FEB 17 PM 2:15

CLERK [illegible] COURT
WESTERN [illegible] OF TEXAS
BY Kw

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**IN RE:**

**WHOLE FOODS MARKET, INC.,**
**GREEK YOGURT MARKETING**
**AND SALES PRACTICES LITIGATION**

**Case No. A-14-MC-2588-SS**
**[MDL No. 2588]**

THIS DOCUMENT RELATES TO THE FOLLOWING CASE:

*Kubick v. Whole Foods Market, Inc.*, Case No. 1:14-cv-1013

---

**ORDER FOR DISMISSAL**

On February 16, 2017, Plaintiffs filed a Notice of Voluntary Dismissal [#106] under Rule 41(a)(1)(A)(i) in the Multidistrict Litigation (MDL) action, Case No. 14-mc-2588, dismissing the MDL action with prejudice as to each individual Plaintiff and without prejudice as to the absent putative class members.

Earlier, on February 3, 2017, Defendant Whole Foods Market Private Label (WFMPL) filed a cross-complaint against Defendant Skotidakis Goat Farm (Skotidakis) in the MDL action. The cross-complaint, however, only relates to one individual case, *Kubick v. Whole Foods Market, Inc.*, Case No. 1:14-cv-1013.

Therefore, pursuant to the Notice of Dismissal, the MDL action is DISMISSED WITH PREJUDICE as to each individual Plaintiff and WITHOUT PREJUDICE as to the absent putative class members. Further, the Clerk will re-file Defendant WFMPL's Cross-Complaint [#102] in *Kubick v. Whole Foods Market, Inc.*, Case No. 1:14-cv-1013 with the file date of February 3, 2017.

Accordingly,

It is ORDERED that the MDL action is DISMISSED WITH PREJUDICE as to each individual Plaintiff;

It is FURTHER ORDERED that the MDL action is DISMISSED WITHOUT PREJUDICE as to the absent putative class members;

It is FURTHER ORDERED that all pending motions in the MDL action are DISMISSED AS MOOT;

It is FURTHER ORDERED that the Clerk will re-file Defendant Whole Foods Market Private Label's Cross-Complaint [#102] in *Kubick v. Whole Foods Market, Inc.*, Case No. 1:14-cv-1013 with the file date of February 3, 2017; and

It is FINALLY ORDERED that the Clerk will send a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to counsel of record.

SIGNED this the 17th day of February 2017.

Sam Sparks

SAM SPARKS
UNITED STATES DISTRICT JUDGE